# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| Juana Placido Galeano, ) | |
| ) | |
| ) | |
| ) | Case No. 22cv1177 |
| ) | |
| Plaintiff, ) | |
| ) | Honorable Sharon Johnson Coleman |
| v. ) | |
| ) | |
| ) | |
| Discount Green Dry Cleaners Inc., ) | |
| Mohee Uddin, and ) | |
| Amjad Rehman, ) | |
| ) | |
| ) | |
| Defendants. ) | |

## DEFENDANTS' CONSENT MOTION FOR EXTENSION OF TIME TO RESPOND

Defendants Discount Green Dry Cleaners Inc., Mohee Uddin, and Amjad Rehman do hereby file the instant motion for an extension of time to respond to Plaintiff's Complaint in this matter.

Defendants seek an extension of thirty (30) days to respond to Plaintiff's Complaint, up to and including May 4, 2022. In support, Defendants' counsel states that he has only just been retained by Defendants on April 1, 2022, and has not had opportunity to investigate Plaintiff's claims and to formulate a response to them.

This is the Defendants' first request to extend the deadline for filing its responsive pleading to Plaintiff's Complaint. This motion is not brought for the purpose of delaying this action, but to allow newly retained counsel to fully identify and explore the legal and factual issues presented by the Complaint, and file a well-researched and considered responsive pleading.

1

The undersigned has conferred with counsel for Plaintiff, and Plaintiff's counsel has stated that Plaintiff does not object to the instant request.

WHEREFORE, Defendants do respectfully request that this Honorable Court grant the relief requested, and extend the deadline for Defendants to answer or otherwise respond to Plaintiff's complaint to **May 4, 2022**.

Respectfully submitted,

/s/
W. Clifton Holmes
The Holmes Law Group, Ltd.
350 N. Orleans St.
Suite 9000N
Chicago, IL 60654
holmes@theholmeslawgroup.com
(312) 721-0779 (t)
Counsel for Defendants Discount Green Dry
Cleaners Inc., Mohee Uddin, and
Amjad Rehman

April 4, 2022

## CERTIFICATE OF SERVICE

I hereby certify that on this 4th of April, 2022, I caused to be served on

>Daniel I. Schlade
>Justicia Laboral, LLC
>6232 N. Pulaski, #300
>Chicago, IL 60646
>Email: dschlade@justicialaboral.com; danschlade@gmail.com

>*Attorney For Plaintiff*

a copy of Defendants' Consent Motion for Extension of Time to Respond via CM/ECF.

__/s/_____
W. Clifton Holmes