UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Juana Placido Galeano, | |
| Plaintiff, | Case No. 22cv1177 |
| v. | Honorable Sharon Johnson Coleman |
| Discount Green Dry Cleaners Inc., Mohee Uddin, and Amjad Rehman, | |
| Defendants. | |

**<u>NOTICE OF MOTION FOR EXTENSION OF TIME TO RESPOND</u>**

TO: Daniel I. Schlade, dschlade@justicialaboral.com

PLEASE TAKE NOTICE that on Tuesday, April 8, 2022 at 9:45 a.m., or as soon as counsel may be heard, the undersigned shall appear before the Honorable Judge Sharon Johnson Coleman, or any Judge sitting in her Courtroom 1241 of the Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois, 60604, and shall then and there present: DEFENDANTS' MOTION FOR EXTENSION OF TIME TO RESPOND, a copy of which has been served upon you.

Respectfully submitted,

/s/
W. Clifton Holmes
The Holmes Law Group, Ltd.

1

        350 N. Orleans St.
        Suite 9000N
        Chicago, IL 60654
        holmes@theholmeslawgroup.com
        (312) 721-0779 (t)
        Counsel for Defendants Discount Green Dry
        Cleaners Inc., Mohee Uddin, and
        Amjad Rehman

April 4, 2022

**CERTIFICATE OF SERVICE**

I hereby certify that on this 4th of April, 2022, I caused to be served on

>Daniel I. Schlade
>Justicia Laboral, LLC
>6232 N. Pulaski, #300
>Chicago, IL 60646
>Email: dschlade@justicialaboral.com; danschlade@gmail.com
>
>*Attorney For Plaintiff*

a copy of Defendants' Notice of Motion for Extension of Time to Respond via CM/ECF.

/s/<br>
W. Clifton Holmes