# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.4
### Eastern Division

Juana Placido Galeano

                            Plaintiff,

v.                                                       Case No.: 1:22−cv−01177
                                                       Honorable Sharon Johnson Coleman

Discount Green Dry Cleaners INC., et al.

                            Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, April 4, 2022:

      MINUTE entry before the Honorable Sharon Johnson Coleman: Defendants' consent motion for extension of time to respond [9] is granted. Responsive pleading to be filed by 5/4/2022. No appearance necessary on 4/8/2022. Mailed notice. (ym, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.